## HANNAH V. WADSWORTH.

A collector, in the sale of lands for payment of continental taxes, hath not right to take advantage of the difference between hard money and state bills.

The consideration expressed in a deed is not conclusive upon the grantor as to the amount or the payment of the purchase money.

ACTION of the case; declaring, that the defendant was collector of state taxes, etc. and had a number of taxes against the plaintiff; that the defendant advertised and sold his lands to a greater amount than was due for taxes, and the cost.

To which a special plea was made in bar, and demurred to by the plaintiff, which was heard and adjudged to be insufficient last court; and now the parties were heard in damages.

It appeared that there were certain taxes laid for continental bills, and made payable in state bills or coin, at a discount of one for forty; that the collector sold the lands for coin only, when the difference between state bills and coin was two for one, which made the difference of £11 10s.

Beacher v. Bray.

The court judged that the defendant ought not to avail himself of this advantage, and gave judgment for the plaintiff to recover that sum in damages. It was adjudged in this case that the consideration expressed in the deed, was not absolutely conclusive upon the grantor, as to the amount or payment of the purchase money.